Chief District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CATHERINE FAN,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                Defendants. | Case No. 3:24-cv-05166-DGE<br><br>STIPULATED MOTION TO DISMISS AND REMAND AND ORDER<br><br>Noted for Consideration:<br>April 10, 2024 |

Plaintiff Catherine Fan brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate her Form N-400, Application for Naturalization, within 120 days after her initial interview. She seeks de novo review of her application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS. Once remanded, USCIS agrees to promptly issue a Request for Evidence and schedule a follow-up interview for Plaintiff. USCIS further agrees to

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 3:24-cv-05166-DGE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

adjudicate Plaintiff's N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 90 days of the remand order. Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 10th day of April, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | *s/ Adam Boyd*<br>ADAM BOYD, WSBA #49849<br>1000 Second Avenue, Suite 1600<br>Seattle, WA 98104<br>Phone: (206) 682-1080<br>Email: adam.boyd@ghp-law.net |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

***I certify that this memorandum contains 164 words, in compliance with the Local Civil Rules.***

**ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS shall promptly issue a Request for Evidence to Plaintiff and schedule her follow-up interview. Thereafter, USCIS shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 90 days of this Order.

IT IS HEREBY ORDERED.

DATED this 11th day of April 2024.

David G. Estudillo
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 3:24-cv-05166-DGE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800